**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 15-2329**

—————

TYRONE HURT,

Plaintiff – Appellant,

v.

RENEE TERRELL, a/k/a Renee McGill,

Defendant - Appellee.

—————

**No. 15-2357**

—————

TYRONE HURT,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

—————

**No. 15-2358**

—————

TYRONE HURT,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA; ALL FOREIGN TAXPAYERS, and its employers, across the nation,

Defendants - Appellees.

_____

**No. 15-2359**
_____

TYRONE HURT,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA; NARCOTIC AGENTS (1972),

Defendants - Appellees.

_____

**No. 15-2384**
_____

TYRONE HURT,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA; THE FIRST (1ST) TO THE FORTY-THIRD (43RD) PRESIDENT OF THE UNITED STATES,

Defendants - Appellees.

_____

**No. 15-2386**
_____

TYRONE HURT,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA; U. S. CONSTITUTION; THE COUNTRY OF NORTH AMERICA; THE INTERNATIONAL CRIMINAL COURT, (1946 Hague, Germany); CHIEFS OF POLICE, and all law enforcement officials; FORMER LATE PRESIDENT OF THE UNITED STATES, RICHARD NIXON; THE INTERNATIONAL PEACE COURT, (1946 Hague, Germany),

                    Defendants - Appellees.

                    _____

                    **No. 15-2388**

                    _____

TYRONE HURT,

             Plaintiff – Appellant,

        v.

INTERNATIONAL CRIMINAL COURT, (1946) (Hague, Germany); INTERNATIONAL PEACE COURT, (1946) (Hague, Germany); ORGANIZING FOR ACTION; AMERICANS FOR RESPONSIBLE SOLUTIONS; UNITED STATES HOUSE OF REPRESENTATIVES, (435 members); UNITED STATES SENATE, (100 members); U. S. CONSTITUTION; DEMOCRATIC NATIONAL COMMITTEE; CHIEFS OF POLICE, and all law enforcement officials all across this nation,

                    Defendants - Appellees.

                    _____

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:15-cv-00414-BO; 5:15-cv-00328-BO; 5:15-cv-00334-BO; 5:15-cv-00424-BO; 5:15-cv-00324-BO; 5:15-cv-00484-BO; 5:15-cv-00518-BO)

                    _____

Submitted: March 4, 2016          Decided: March 18, 2016

                    _____

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

                    _____

Dismissed by unpublished per curiam opinion.

                    _____

3

Tyrone Hurt, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's orders dismissing his civil complaints under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the records and conclude that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. Hurt v. Terrell, No. 5:15-cv-00414-BO; Hurt v. United States, Nos. 5:15-cv-00328-BO, 5:15-cv-00334-BO, 5:15-cv-00424-BO, 5:15-cv-00324-BO, 5:15-cv-00484-BO; Hurt v. International Criminal Court, No. 5:15-cv-00518-BO (E.D.N.C. Oct. 14, 19, 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED